I Cody Maclonig of 8664 Jackson hill road boonville, NY, am writing to the U.S. District courts to notify them in response to their letter to me that my new address is 8664 Jackson hill rd Boonville, NY and phone number is 585-766-7776 and retained David Longretta Attorney located at 298 Genesee street Utica, NY his contact is 315-735-6162. He will be representing me on this matter.

*[signature]*

driver license # ~~[redacted]~~
870 856 751

U.S. DISTRICT COURT N.D. OF N.Y.
FILED
FEB 28 2023
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Case 6:21-cv-00069-BKS-TWD   Document 50   Filed 02/28/23   Page 2 of 3

CLERK, U.S. DISTRICT COURT
P.O. BOX 7367
100 S. CLINTON STREET
SYRACUSE, NEW YORK 13261-7367

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300



quadient
FIRST-CLASS MAIL
IMI
$000.57
01/06/2023 ZIP 13261
043M31215038
US POSTAGE

CODY MADONIA
6237 HAWKINS CORNER ROAD
ROME NY 13440

```
              146 NFE 1      B22I0001/07/23
    NOTIFY SENDER OF NEW ADDRESS
    MADONIA CODY A
    8664 JACKSON HILL RD
    BOONVILLE NY 13309-4319
INT   BC: 1309431964      *0837-04246-06-40
```

# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

AMOUNT
$28.75
R2304E106729-11

PRESS FIRMLY TO SEAL

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

 

UNITED STATES POSTAL SERVICE®

---

## UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®

EI 102 075 809 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

Cody Madonia
8604 Jackson Hill rd
Boonville, NY 13309

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

Clerk U.S. District Court
PO box 7367
100 S Clinton street
Syracuse, NY

ZIP + 4® (U.S. ADDRESSES ONLY)
1 3 2 6 1 - 7 3 6 7

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

◀ **PEEL FROM THIS CORNER**



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
FEB 28 2023
RECEIVED

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 13440 | 2/28/23 | $28.75 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☑ 6:00 PM | Insurance Fee $ | COD Fee $ |
| 2/27/23 | | | |
| Time Accepted ☑AM ☐PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| 11:22 | | | |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $28.75 | |
| Weight lbs. 18 ozs. | ☑ Flat Rate | Acceptance Employee Initials M | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature |

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996